IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 MAY 10 PM 3:59

UNITED STATES OF AMERICA : CASE NO. 3:07CR81

v.

**DANIEL GARCIA-GUIA, ET AL**

------------------------

ORDER PERMITTING THE UNSEALING AND DISTRIBUTION OF
REDACTED SEALED INDICTMENT

------------------------

Upon motion of the United States and for good cause shown;

IT IS ORDERED that copies of the Indictment for the captioned case, subject to the **two** Orders of redactions be provided to defendants and for all other purposes in the proceeding being held to this case.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT